1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:16-MC-00042-TLN-EFB

12              Plaintiff,                        STIPULATION AND ORDER
                                                  EXTENDING TIME FOR FILING
13        v.                                      A COMPLAINT FOR FORFEITURE
                                                  AND/OR TO OBTAIN AN INDICTMENT
14  APPROXIMATELY $8,130.00 IN U.S.               ALLEGING FORFEITURE
    CURRENCY,
15
                Defendant.
16

17        It is hereby stipulated by and between the United States of America and claimant Corey

18  Frymoyer ("claimant" or "Frymoyer") by and through their respective counsel, as follows:

19        1.      On or about November 30, 2015, claimant Frymoyer filed a claim in the administrative

20  forfeiture proceedings with the United States Postal Inspection Service with respect to the

21  Approximately $8,130.00 in U.S. Currency, which was seized on September 24, 2015.

22        2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25  other than the claimants have filed a claim to the defendant currency as required by law in the

26  administrative forfeiture proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                            1
                                                     Stipulation to Extend Time to File Complaint

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

the parties.  That deadline was February 26, 2016.

4.      By Stipulation and Order filed February 29, 2016, the parties stipulated to extend to

April 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

May 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

alleging that the defendant currency is subject to forfeiture shall be extended to May 26, 2016.

Dated:    4/26/16                                BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney


Dated:    4/26/16                                /s/ Brian Baker
                                                 BRIAN BAKER
                                                 Attorney for Claimant
                                                 Corey Frymoyer

                                                 (authorized by phone)



IT IS SO ORDERED

Dated: April 26, 2016

                                                 Troy L. Nunley
                                                 United States District Judge

2