1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:16-MC-00042-TLN-EFB

12          Plaintiff,                    STIPULATION AND ORDER
                                          EXTENDING TIME FOR FILING
13     v.                                 A COMPLAINT FOR FORFEITURE
                                          AND/OR TO OBTAIN AN INDICTMENT
14 APPROXIMATELY $8,130.00 IN U.S.        ALLEGING FORFEITURE
   CURRENCY,
15
16          Defendant.

17       It is hereby stipulated by and between the United States of America and claimant Corey

18 Frymoyer ("claimant" or "Frymoyer") by and through their respective counsel, as follows:

19       1.      On or about November 30, 2015, claimant Frymoyer filed a claim in the administrative

20 forfeiture proceedings with the United States Postal Inspection Service with respect to the

21 Approximately $8,130.00 in U.S. Currency, which was seized on September 24, 2015.

22       2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

23 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25 other than the claimants have filed a claim to the defendant currency as required by law in the

26 administrative forfeiture proceeding.

27       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                           1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was February 26, 2016.

4.      By Stipulation and Order filed February 29, 2016, the parties stipulated to extend to April 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed April 27, 2016, the parties stipulated to extend to May 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 24, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

Stipulation to Extend Time to File Complaint

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 24, 2016.

Dated:      5/24/16                                PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney


Dated:      5/24/16                                /s/ Brian Baker
                                                   BRIAN BAKER
                                                   Attorney for Claimant
                                                   Corey Frymoyer

                                                   (authorized by phone)


IT IS SO ORDERED

Dated: May 24, 2016

                                                   Troy L. Nunley
                                                   United States District Judge

Stipulation to Extend Time to File Complaint